# THE MARKS LAW FIRM, P.C.

July 31, 2025

**FILED VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

    **RE**: **Altaune Brown v. First Avenue Clothing, Inc., et al.**
       Index: 1:25-cv-04745-JLR

Dear Judge Rochon,

  Pursuant to Section I(F) of Your Honor's Individual Part Rules and Practices ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests a thirty (30) day extension of the deadline to submit a joint letter from **August 4, 2025** to **September 3, 2025**, in accordance with Your Honor's Order dated June 9, 2025 [Dkt. 5].

  Plaintiff makes this request because, our office has continued to engage in substantive settlement with Lawrence J. Lerner, as owner of Defendant, Duro Realty, LLC, during which the parties have been exchanging pertinent documents and information related to the subject premises. Moreover, throughout these discussions, we were advised by Mr. Lerner that he is still currently investigating the claims in this litigation, along with seeking counsel. In the meantime, the parties have also been attempting to contact Defendant, First Avenue Clothing, Inc., so that said Defendant can meaningfully participate in settlement discussions and this litigation. It should be noted that on July 18, 2025, Your Honor granted Defendants an extension until **August 15, 2025**, to properly interpose their Answers to Plaintiff's Complaint [Dkt. 12]. Accordingly, the filing of the joint letter at this time would be premature.

  In light of the foregoing, Plaintiff respectfully requests an extension of time to file a joint letter, so that Defendants can retain counsel, appear, and meaningfully participate in this litigation. This is Plaintiff's first request for such an extension.

  We thank you and the Court for your time and consideration.

Plaintiffs' request for an extension of time to submit a joint letter in this case is GRANTED.  Defendants shall have until September 3, 2025 to file a joint letter.

Dated: August 1, 2025
   New York, New York

Respectfully Submitted,

The Marks Law Firm, P.C.

SO ORDERED.

By: _____
  Bradly G. Marks

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com